United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41000

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDUARDO MEJORADO-ZARATE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:05-CR-93
--------------------

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:*

We have reviewed the Anders brief filed in this case, and while we encourage counsel to be mindful of the duty to zealously advocate the interests of the client, McCoy v. Court of Appeals of Wisconsin, Dist. 1, 486 U.S. 429, 444 (1988), our review of the appeal discloses no non-frivolous issues. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.